UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Evangelina Arvizu | ) | 2:10-cv-01643-SVW-JC |
| | ) | |
| Plaintiff, | ) | JUDGMENT [JS-6] |
| | ) | |
| v. | ) | |
| | ) | |
| Matison & Margolese et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Judgment is hereby entered in favor of Defendants Matison & Margolese, a Law Corporation, and Vana Parker Margolese, as stated on the record on March 21, 2012.

IT IS SO ORDERED.

DATED: March 22, 2012

STEPHEN V. WILSON

UNITED STATES DISTRICT JUDGE